IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**CHRIS ALLEN BROWNFIELD,**

                **Petitioner,**

     v.                                        CASE NO. 10-3166-SAC

**ROBERT SANDERS, et al.,**

                **Respondents.**

**O R D E R**

By an order dated June 21, 2011, the court denied petitioner's pro se petition for writ of habeas corpus under 28 U.S.C. § 2241, wherein petitioner sought relief from alleged error in the execution of his state sentence. Petitioner filed a notice of appeal, and paid the $455.00 appellate filing fee.

"As mandated by federal statute, a state prisoner seeking a writ of habeas corpus has no absolute entitlement to appeal a district court's denial of his petition. 28 U.S.C. § 2253. Before an appeal may be entertained, a prisoner who was denied habeas relief in the district court must first seek and obtain a [certificate of appealability (COA)] from a circuit justice or judge. This is a jurisdictional prerequisite because the COA statute mandates that '[u]nless a circuit justice or judge issues a certificate of appealability, an appeal may not be taken to the court of appeals ....' § 2253(c)(1)." *Miller-El v. Cockrell*, 537

U.S. 322, 335-36 (2003). Because petitioner challenges his confinement pursuant to a state court judgment, he must obtain a COA for his appeal. *See Montez v. McKinna*, 208 F.3d 862, 867 (10th Cir.2000)("[A] state prisoner must obtain a COA to appeal the denial of a habeas petition, whether such petition was filed pursuant to § 2254 or § 2241, whenever the detention complained of in the petition arises out of process issued by a State court.")(*quotations omitted*).

A COA may issue only if a petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). To make this requisite showing, petitioner must demonstrate "that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further." *Miller-El*, 537 U.S. at 336 (*quotation marks and citations omitted*). The court finds petitioner makes no such showing in this case.

IT IS THEREFORE ORDERED that the court issues no certificate of appeal for petitioner's appeal.

**IT IS SO ORDERED.**

DATED: This 13th day of July 2011 at Topeka, Kansas.

                                             s/ Sam A. Crow
                                             SAM A. CROW
                                             U.S. Senior District Judge